IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 4:23-cv-01115<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF MATTERS FILED

Defendant, LaSalle Corrections LLC a/b/a LaSalle Correctional Center, hereby files the following matters with the Notice of Removal of this case to Federal District Court:

| | |
|---|---|
| Exhibit A | Index of Matters Filed |
| Exhibit B | Consent to Removal |
| Exhibit C | Plaintiff's Original Petition |
| Exhibit D | Citation Return for Harris County Sheriff's Office |
| Exhibit E | Citation Return for Harris County |
| Exhibit F | Citation Return for LaSalle Corrections LLC d/b/a LaSalle Correctional Center |
| Exhibit G | Defendants, Harris County and Harris County Sheriff's Office Original Answer and Jury Demand |

EXHIBIT A

| | |
|---|---|
| Exhibit H | Docket from State Court Action |
| Exhibit I | JS 44 Civil Cover Sheet |
| Exhibit J | List of All Counsel |

EXHIBIT A