United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 4:23-cv-01115 |
| LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE, | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

After considering Defendant, LASALLE CORRECTIONS LLC D/B/A LASALLE CORRECTIONS CENTER ("LaSalle Corrections") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the State Court Petition filed by Plaintiffs, the Court

FINDS there is cause to enlarge the time to answer or to otherwise respond by filing a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure;

Therefore, the Court GRANTS the request to enlarge time to answer or to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Defendant, LASALLE CORRECTIONS LLC D/B/A LASALLE CORRECTIONS CENTER shall serve an answer or otherwise respond to Plaintiffs' state-court Petition on or before April 26, 2023.

UNITED STATES DISTRICT JUDGE