United States District Court
Southern District of Texas

**ENTERED**

April 27, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 4:23-cv-01115 |
| LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE, | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

After considering Defendant, LaSalle Corrections LLC d/b/a LaSalle Correctional Center's ("LaSalle Corrections") Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond, the Court

FINDS there is cause to enlarge the time to answer or to otherwise respond by filing a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure;

Therefore, the Court GRANTS the request to enlarge time to answer or to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Defendant, LaSalle Corrections LLC d/b/a LaSalle Correctional Center, shall file an answer or otherwise respond to Plaintiffs' petition on or before May 4, 2023.

_____

UNITED STATES DISTRICT JUDGE