United States District Court
Southern District of Texas

**ENTERED**

April 28, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-CV-01115** |
| | § | |
| **LASALLE CORRECTIONS LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiffs have filed a Motion to Remand. ECF No. 9. However, Plaintiffs seek relief pursuant to 42 U.S.C. § 1983, so this Court has jurisdiction. Removal was therefore proper. *See Boyd v. Clemens*, No. H-9-CV-00280, 2009 WL 7799505, at *1 (S.D. Tex. Apr. 27, 2009). Accordingly, the Motion to Remand is **DENIED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 26, 2023.

Keith P. Ellison
United States District Judge