United States District Court
Southern District of Texas

**ENTERED**

May 25, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-01115** |
| | § | |
| **LASALLE CORRECTIONS LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiffs have filed an Unopposed Motion for Extension of Time. ECF No. 17. The Motion

is **GRANTED**. Plaintiffs' deadline to respond to LaSalle Corrections, LLC's Motion to Dismiss

shall be June 9, 2023.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 25, 2023.

_____

Keith P. Ellison
United States District Judge