United States District Court
Southern District of Texas
**ENTERED**
September 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, | § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 4:23-cv-01115 |
| LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE, | § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS FIRST AMENDED COMPLAINT**

Before the Court is Defendant LaSalle Correctional Center, L.L.C.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint. The Court **GRANTS** the request to enlarge time to answer or to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant LaSalle Correctional Center, L.L.C. shall serve an answer or otherwise respond to Plaintiffs' First Amended Complaint on or before October 23, 2023.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE