United States District Court
Southern District of Texas

**ENTERED**

October 23, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-CV-01115** |
| | § | |
| **LASALLE CORRECTIONS LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Defendants LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC have filed an Unopposed Motion for Extension of Time. ECF No. 37. The Motion is **GRANTED**. Defendants LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before November 2, 2023.

**IT IS SO ORDERED.**

Signed at Houston, Texas on October 23, 2023.

Keith P. Ellison
United States District Judge