United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOSUTON DIVISION**

| | | |
|---|---|---|
| CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased, *Plaintiffs*, v. LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE *Defendants*. | § § § § § § § § § § § § § § § | Case No. 4:23-cv-01115 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS LASALLE CORRECTIONS, LLC AND LASALLE CORRECTIONAL CENTER, L.L.C.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Plaintiffs, CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased's, ("Plaintiffs") Unopposed Motion For Extension Of Time To Respond to Defendants Lasalle Corrections, LLC and Lasalle Correctional Center, L.L.C.'s Motion To Dismiss First Amended Complaint is hereby GRANTED.

Plaintiffs will have until December 21, 2023, to respond to Defendants Lasalle Corrections, LLC And Lasalle Correctional Center, L.L.C.'S Motion to Dismiss First Amended Complaint.

**IT IS SO ORDERED.**

Signed on the 29th day of November, 2023.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE