United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-CV-01115** |
| | § | |
| **LASALLE CORRECTIONS LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiffs have filed an Unopposed Motion for Extension of Time. ECF No. 47. The Motion is **GRANTED**. Plaintiffs shall have until January 22, 2024, to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. This is the final extension that will be granted in this matter.

**IT IS SO ORDERED.**

Signed at Houston, Texas on December 20, 2023.

Keith P. Ellison
United States District Judge