United States District Court
Southern District of Texas

**ENTERED**

January 16, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Crystal Manning, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:23−cv−01115 |
| | § | |
| LaSalle Corrections LLC, et al. | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:__7____Days       Jury:__X____  Non-Jury:_____

1.  (a) **NEW PARTIES** shall be joined by: _____6/28/24_____
        The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    (b) **AMENDMENT to PLEADINGS**
        by Plaintiff or Counter-Plaintiff shall be filed by: _____7/12/24_____

2.  EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____8/9/24_____

3.  EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____9/6/24_____

4.  DISCOVERY must be completed by: _____10/4/24_____
    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions *in limine*) will be filed by: 10/22/24

    (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

1/13/25

(Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.

1/21/25

(15 Months from the date case filed)

_____
1/12/2024

Date

_____
Keith P. Ellison
United States District Judge

_____
1/11/2024

Date

_____
Counsel for Plaintiff(s)

_____
Jan. 11, 2024

Date

_____  **
Counsel for Defendant(s)

**Without waiver of jurisdictional arguments
in pending motion, ECF #42.