United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 4:23-cv-01115 |
| LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFF'S OFFICE, | § § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

After considering Defendants LaSalle Corrections, LLC and LaSalle Correctional Center, L.L.C.'s Unopposed Motion for Leave to Exceed the Page Limit in Local Rule 7.4(E), ECF No. 53, the Court **GRANTS** the Motion and **ORDERS** that the Defendants' Reply may exceed the 10-page limit in Local Rule 7.4(E).

Signed at Houston, Texas on January 30, 2024.


_____
KEITH P ELLISON
UNITED STATES DISTRICT JUDGE