United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-01115** |
| | § | |
| **LASALLE CORRECTIONS LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Defendants have filed an Unopposed Motion for Extension of Time. ECF No. 64. The Motion is **GRANTED**. Defendants shall have until May 9, 2024, to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 29, 2024.

Keith P. Ellison
United States District Judge