United States District Court
Southern District of Texas
**ENTERED**
July 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CRYSTAL MANNING, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01115 |
| | § | |
| LASALLE CORRECTIONS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant's Motion for Leave to Exceed Page Limits for Defendant's Motion to Dismiss. ECF No. 67. Pursuant to Local Rule 7.4, Plaintiff's failure to respond to the Motion is taken as a representation of no opposition. Accordingly, the Motion for Leave is **GRANTED**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 17, 2024.

_____
Keith P. Ellison
United States District Judge

1 / 1