United States District Court
Southern District of Texas
**ENTERED**
August 05, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** | § § § § § § § § | |
| *Plaintiffs* | § § | **CIVIL ACTION NO. 4:23-cv-01115** |
| VS. | | |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFF'S OFFICE,** | § § § | |
| *Defendants.* | | |

**ORDER**

On this day the Court considered Plaintiffs' Unopposed Motion for Leave to File a Late Response to Defendants' Motion to Dismiss Second Amended Complaint. ECF No. 71. After considering the Motion, the Court finds Plaintiffs have shown excusable neglect and it is therefore,

**ORDERED** that the Plaintiffs' response to Defendants' motion to dismiss Plaintiffs' second amended complaint is extended to August 15, 2024.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this the 2nd day of August, 2024.

HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE