United States District Court
Southern District of Texas

**ENTERED**

August 08, 2024

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** | § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | **CIVIL ACTION NO. 4:23-CV-01115** |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFF'S OFFICE,** | § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Defendant Harris County has filed an unopposed Motion to Consolidate Lead Case No. 4:23-cv-1115 and Member Case No. 4:24-cv-1573. ECF No. 66. The motion seeks consolidation of *Crystal Manning, et al. vs. Harris County*, Case No. 4:24-cv-1573, with the instant action. The requested consolidation is **GRANTED** and both cases shall henceforth be administered under Case No. 4:23-cv-1115 in this Court.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this 6th day of August, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE