United States District Court
Southern District of Texas

**ENTERED**

August 20, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 4:23-cv-01115 |
| LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE, | § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DIMISS SECOND AMENDED COMPLAINT**

After considering LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC's

Motion for Extension of Time to File a Reply to Plaintiffs' Response to Defendants' Motion to

Dismiss Second Amended Complaint, ECF No. 80, the Court

FINDS there is cause to enlarge the time to reply;

Therefore, the Court GRANTS the request to enlarge time to file a reply to Plaintiffs'

response to Defendants' Motion to Dismiss Second Amended Complaint.

Defendants, LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC, shall file

a reply to Plaintiffs' response to the Louisiana Defendants' motion to dismiss second amended

complaint on or before September 5, 2024.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of August, 2024.

KEITH P ELLISON
UNITED STATES DISTRICT COURT JUDGE

2