# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** § § § § § § § § § *Plaintiffs*, § **v.** § § **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,** § § § § § *Defendants*. § | Case No. 4:23-cv-01115<br><br>**INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

**TO DEFENDANTS: LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and their counsel of record:** Marvin C. Moos and Joshua Anderson, Horne Rota Moos, LLP, 2777 Allen Parkway, Suite 1200 Houston, Texas 77019 and **HARRIS COUNTY SHERIFFS OFFICE, AND THEIR COUNSEL OF RECORD:** Office of The Harris County Attorney 1019 Congress Houston, Texas 77002:

COME NOW, Plaintiffs CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased, by and through Counsel of Record, and hereby serves this, concerning the name, address and telephone number of persons who may be called as experts by Plaintiff and a brief statement of the topics the experts may discuss at trial. This is being done pursuant to Rule 26(a)(2), Fed.R.Civ.P., and the current Case Management Order.

**Rule 26(a)(1)(A)(i)** – The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support his or her claims or defenses, unless the use would be solely for impeachment:

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| Crystal Manning as next friend of L.D., a minor, Mariahlee Mansaw as next friend of P.M., a minor, Melissa Hollins as next friend of D.H., a minor, as wrongful death beneficiaries of Billie Davis, deceased, and Ruby Lee Davis individually and as representative of the estate of Billie Davis, deceased c/o Jason C. Webster, Heidi O. Vicknair, Ryan S. MacLeod, and Clayton S. Quinn | WEBSTER VICKNAIR MACLEOD 6200 Savoy Drive, Suite 150 Houston, Texas 77036 Tel: (713) 581-3900 | Plaintiffs |
| Harris County Sheriff Ed Gonzales, Individually, and in his Official Capacity as Sheriff, Harris County, and Harris County Sheriff's Office c/o Christian D. Menefee, Jonathan G.C. Fombonne, Natalie G. Deluca, Gregory Burnett, and Rachel Fraser | OFFICE OF THE HARRIS COUNTY ATTORNEY 1019 Congress Houston, Texas 77002 Tel: (713) 755-5101 | Defendants |
| LaSalle Corrections, LLC and LaSalle Correctional Center, L.L.C. c/o Marvin C. Moos and Joshua Anderson | HORNE ROTA MOOS, LLP 2777 Allen Parkway, Suite 1200 Houston, Texas 77019 Tel: (713) 333-4500 | Defendants |
| LaSalle EMS Employees/and or the Custodian of Records | 247 Mars Drive Cotulla, Texas 78014 Tel: (830) 483-5166 | Paramedics and staff have knowledge of the injuries sustained by decedent and may be called as non-retained experts regarding |

3 | P a g e

|  |  | the same. |
|---|---|---|
| Hardtner Medical Center Employees/and or the Custodian of Records Including but limited to Dr. Daavid Easterling | 1102 N Pine Road<br>Urania, LA 71480<br>Tel: (318) 495-3131 | Physicians and staff have knowledge of the injuries sustained by decedent and the Physicians and staff may be called as non-retained experts regarding the same. |
| Hernandez Funeral Home Employees/and or the Custodian of Records | 800 Forth Street<br>Rosenburg, Texas 77471<br>Tel: (281) 342-8803 | Funeral Home |
| All Faiths Mortuary Employees/and or the Custodian of Records Including but limited to Dr. Paul B. Radelat | 12 Farnham Park<br>Houston, Texas 77024<br>Tel: (713) 201-7513 | Mortician that conducted an autopsy on the decedent |

4 | P a g e

**Rule 26(a)(1)(A)(ii)** – A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in his or her possession, custody, or control and may use to support his or her claims or defenses, unless the use would be solely for impeachment. (Please note that the disclosing party may either produce the documents, electronically stored information, and tangible things <u>or</u> fill in the table below.)

| **Description by Category** **of Document, Electronically Stored Information, or Tangible Thing** | **Description by Location** **of Document, Electronically Stored Information, or Tangible Thing** |
|---|---|
| Death Certificate | Bate Stamped: DAVIS 000001 |
| Independent Autopsy | Bate Stamped: DAVIS 000002-000004 |
| Photos of Decedent | Bate Stamped: DAVIS 000005-000019 |
| Hardtner Medical Center Medical Records | Bate Stamped: DAVIS 000020-000042 |
| Funeral Home Invoices | Bate Stamped: DAVIS 000043-000044 |
| Funeral Program | Bate Stamped: DAVIS 000045-000046 |
| Houston Chronicle Article | Bate Stamped: DAVIS 000047-000049 |
| Hardtner Medical Center Billing Records | Bate Stamped: DAVIS 000050-000055 |

Respectfully submitted,

**WEBSTER VICKNAIR MACLEOD**

By: */s/ Jason C. Webster*
    Jason C. Webster
    State Bar No. 24033318
    Heidi O. Vicknair
    State Bar No. 24046557
    Ryan S. MacLeod
    State Bar No. 24068346
    Clayton S. Quinn
    State Bar No. 24137663
    6200 Savoy Drive, Suite 150
    Houston, Texas 77036
    Tel: (713) 581-3900
    Fax: (713) 581-3907
    Service: filing@wvmlaw.com

*-And-*

Jason M. Byrd
Texas Bar No. 24036303
jason@txbyrd.com
THE BYRD LAW FIRM
448 Orleans Street
Beaumont, Texas 77701
Tel: (409) 924-0660
Fax: (409) 924-0035

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record in compliance with the Texas Rules of Civil Procedure on this August 23, 2024.

*/s/ Jason C. Webster*
Jason C. Webster