United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01115 |
| | § | |
| LASALLE CORRECTIONS LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMITS FOR REPLY TO RESPONSE TO DEFENDANTS' MOTION TO DISMISS
SECOND AMENDED COMPLAINT**

After considering Defendants LaSalle Corrections, LLC and LaSalle Correctional Center, L.L.C.'s Unopposed Motion for Leave to Exceed the Page Limit in Local Rule 7.4(E), the Court **GRANTS** the Motion and ORDERS that the Defendants' Reply may exceed the 10-page limit in Local Rule 7.4(E).

Accordingly, the Court ORDERS that Defendants LaSalle Corrections, LLC and LaSalle Correctional Center, L.L.C.'s Reply to Plaintiffs' Response to Motion to Dismiss Second Amended Complaint (ECF No. 85), exceeding the page limit in Local Rule 7.4(E), be FILED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of September, 2024.

KEITH P ELLISON
UNITED STATES DISTRICT JUDGE