**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOSUTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** *Plaintiffs*, **v.** **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE** *Defendants.* | § § § § § § § § § § § § § § § | Case No. 4:23-cv-01115 |

<u>**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO CONDUCT DISCOVERY**</u>

Plaintiffs, CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased's, ("Plaintiffs") Motion for Leave to Conduct Discovery is hereby GRANTED.

Defendants will have until October 14, 2024, to respond to Plaintiffs' Discovery Requests.

It is so ORDERED.

Signed on the _____ day of _____, 2024.


_____
UNITED STATES DISTRICT JUIDGE