United States District Court
Southern District of Texas
**ENTERED**
September 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** *Plaintiffs*, **v.** **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,** *Defendants*. | § § § § § § § § § § § § § § § § | Case No. 4:23-cv-01115 |

### FIRST AMENDED SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __7__ Days   Jury: __X__   Non-Jury:___

1. **(a) NEW PARTIES** shall be joined by: The Attorney causing the addition of new parties will provide copies of this Order to new parties.
   
   03/17/2025

   **(b) AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:

   04/19/2025

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   05/22/2025

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   06/23/2025

4. DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

    07/17/2025

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:

    08/05/2025
    (90 days prior to trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:

    10/27/2025
    (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.

    11/03/2025

DATE: September 23, 2024

_____
Keith P. Ellison
United States District Judge

DATE: September 20, 2024            */s/ Jason C. Webster*
                                     Counsel for Plaintiffs

DATE: September 20, 2024            */s/ Marvin C. Moss*
                                     Counsel for Defendant(s)

DATE: September 20, 2024            */s/ Gregory Burnett*
                                     Counsel for Defendant(s)