# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** *Plaintiffs* | § § § § § § § § § § | |
| VS. | § § | CASE NO. 4:23-cv-01115 |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE** *Defendants.* | § § § § § | |

## PLAINTIFFS' CERTFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure I HEREBY CERTIFY that a true and correct copy of the following documents have been served to all known counsel of record via email on this the 4th day of October 2024.

1. Plaintiffs' First Requests for Production to Defendant Lasalle Correctional Center, LLC;

2. Plaintiffs' First Requests for Production to Defendant Lasalle Management Company, LLC; and

3. Plaintiffs' First Requests for Production to Defendant Southwest Correctional, LLC d/b/a Lasalle Southwest Corrections.

Respectfully submitted,

**WEBSTER VICKNAIR MACLEOD**

*/s/ Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
HEIDI O. VICKNAIR
State Bar No. 24046557
RYAN S. MACLEOD
State Bar No. 24068346
6200 Savoy Drive, Suite 150

Houston, Texas 77036
T: 713.581.3900
F: 713.581.3907
filing@wvmlaw.com

-AND-

**THE BYRD LAW FIRM**

*/s/ Jason M. Byrd*
JASON M. BYRD
State Bar No. 24036303
448 Orleans Street
Beaumont, Texas 77701
T: 409.924.0660
F: 409.924.0035
jason@txbyrd.com

**ATTORNEYS FOR PLAINTIFFS**