IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning As Next Friend of L.D., a Minor, Mariahlee Mansaw As Next Friend of P.M., a Minor, Melissa Hollins As Next Friend of D.H., a Minor, As Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, <br><br>Plaintiffs, <br><br>vs. <br><br>LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § | Case No. 4:23-cv-01115 |

## CERTIFICATE OF SERVICE

The undersigned attorney of record for LaSalle Correctional Center, L.L.C. certifies that on November 4, 2024, Defendant served the following discovery responses:

1. Defendant LaSalle Correctional Center, L.L.C.'s Objections and Responses to Plaintiffs' First Requests for Production.

The undersigned also sent correspondence to Plaintiffs' counsel on November 4, 2024 objecting to the jurisdictional discovery directed to Southwestern Correctional, LLC because it has not appeared yet in this matter and because it is a Texas company that has not asserted any challenge to personal jurisdiction. The undersigned sent correspondence to Plaintiffs' counsel on November 8, 2024 objecting to the jurisdictional discovery directed to LaSalle Management Company, LLC because it also has not appeared yet in this matter.

2

Respectfully submitted,

**HORNE ROTA MOOS, LLP**

By:   */s/ Marvin C. Moos*
          MARVIN C. MOOS
          State Bar No.: 14413900
          JOSHUA ANDERSON
          State Bar No.: 24027198

2777 Allen Parkway, Suite 1200
Houston, Texas 77019
(713) 333-4500
(713) 333-4600 - Facsimile
mmoos@hrmlawyers.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT **LASALLE
CORRECTIONAL CENTER, L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on **November 8, 2024**, I electronically served this document on all the following counsel:

**Jason C. Webster**
**Heidi O. Vicknair**
**Clayton S. Quinn**
WEBSTER VICKNAIR MACLEOD
6200 Savoy Drive, Suite 150
Houston, Texas 77036
filing@thewebsterlawfirm.com
*Attorneys for Plaintiffs*

**Jason M. Byrd**
The Byrd Law Firm
448 Orleans Street
Beaumont, Texas 77701
jason@txbyrd.com
*Attorneys for Plaintiffs*

**Gregory Burnett**
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, Texas 77002
Gregory.Burnett@Harriscountytx.Gov
*Attorneys for Harris County*

                                              */s/ Marvin C. Moos*
                                               MARVIN C. MOOS