IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,**       *Plaintiffs*, <br><br> **v.** <br><br> **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,**       *Defendants.* | § § § § § § § § § § § § § § § § § | Case No. 4:23-cv-01115 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW, Crystal Manning as Next Friend of L.D., a Minor, Mariahlee Mansaw as Next Friend of P.M., a Minor, Melissa Hollins as Next Friend of D.H., a Minor, as Wrongful Death Beneficiaries of Billie Davis, Deceased, and Ruby Lee Davis, Individually and as Representative of The Estate of Billie Davis, Deceased, Plaintiffs in the above styled and numbered cause of action, and makes and files this Notice of Appearance of Additional Counsel and would show unto the Court the following:

Plaintiff is currently represented by **Jason C. Webster** of Webster Vicknair MacLeod. Plaintiff requests that **Steve Aldous** of Aldous PC hereby be added as additional counsel in the above styled and numbered cause of action.

Plaintiff hereby designates Steve Aldous of Aldous PC as counsel. The contact information for Steve Aldous of Aldous PC is as follows:

Steve Aldous
Southern District of Texas Federal Id No. 18256
500 Crescent Court, Suite 240, Dallas, TX 75201
214-716-2101 (telephone)
saldous@aldous-pc.com

Mr. Aldous is admitted to practice in the United States District Court for the Southern District of Texas.

Jason C. Webster of Webster Vicknair MacLeod will remain as Lead Counsel for Plaintiffs.

A copy of this Notice has been filed with the United States District Clerk for the Southern District of Texas.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court take notice of the appearance of additional counsel and his designation of Steve Aldous as counsel of record. Plaintiff respectfully requests that any and all documents concerning the above referenced matter be copied and forwarded to Steve Aldous of Aldous PC as counsel.

    Respectfully submitted,

    **ALDOUS PC**

By: */s/ Steve Aldous*
STEVE ALDOUS
TX Bar No. 00982100
500 Crescent Court, Suite 240
Dallas, TX 75201
214-716-2101 (telephone)
saldous@aldous-pc.com

**ATTORNEY FOR PLAINTIFFS**

Notice of Appearance    2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of November 2024, a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic service.

                                                 /s/ Steve Aldous
                                                 **Steve Aldous**