Case 4:23-cv-01115   Document 106   Filed on 01/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CRYSTAL MANNING**, *et al.*, | § |
| *Plaintiffs*, | § § § |
| VS. | §   CIVIL ACTION NO. 4:23-CV-1115 |
| **LASALLE CORRECTIONS, LLC**, *et al.*, | § § § |
| *Defendants*. | § |

## ORDER FOR EXPEDITED RESPONSE

Plaintiffs have filed a Motion to Compel. ECF No. 105. The Court requires that any opposed party submit an expedited response. All responses shall be filed on or before January 28, 2025. All replies shall be filed on or before February 3, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 23rd day of January, 2025.

Keith P. Ellison
United States District Judge