United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRYSTAL MANNING, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-1115 |
| § | |
| LASALLE CORRECTIONS, LLC, *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

After considering Defendants' Unopposed Motion to Withdraw Additional Counsel (ECF No. 110), the Court GRANTS Defendants' motion.

The Court ORDERS that Joshua Anderson, SDTX Bar No.: 38065, State Bar No.: 24027198, formerly with Horne Rota Moos, LLP, is withdrawn as additional counsel for Defendants.

The Clerk is directed to remove Joshua C. Anderson from the docket as additional counsel for LaSalle Correctional Center, L.L.C. and LaSalle Corrections, LLC and to remove Joshua C. Anderson from the distribution list in the CM/ECF system.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 30th day of January, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE