**UNITED STATES DISTRICT COURT**  **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Crystal Manning, et al.
   *Plaintiff(s),*

v.  Case No. 4:23−cv−01115

LaSalle Corrections, LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Compel – #105

DATE:  **2/4/2025**

TIME:  **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**  Date: January 31, 2025

By Deputy Clerk, A. Rivera