Case 4:23-cv-01115   Document 116   Filed on 02/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Crystal Manning, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | Case No. 4:23-cv-1115 |
| § | |
| LaSalle Corrections, LLC, et al., § | |
| § | |
| *Defendants*. § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT

After considering Southwestern Correctional, LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint (ECF No. 115), the Court

FINDS there is cause to enlarge the time to answer or to otherwise respond;

Therefore, the Court GRANTS the request to enlarge time to answer or to file a responsive motion without waiver of any Rule 12(b)(2) grounds.

Defendants, Southwestern Correctional, LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company, shall file an answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before February 19, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th day of February, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE