IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01115 |
| | § | |
| LaSalle Corrections LLC, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING LASALLE MANAGEMENT COMPANY LLC'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

After considering LaSalle Management Company LLC's Motion to Dismiss and Brief in

Support, the Court

GRANTS the Motion and ORDERS that Plaintiffs' claims against LaSalle Management

Company LLC are dismissed.  The Court further ORDERS that all of Plaintiffs' claims against

LaSalle Management Company LLC are DISMISSED with prejudice.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE