**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** *Plaintiffs,* | § § § § § § § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:23-cv-01115** |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE** *Defendant.* | § § § § § § | |

**ORDER**

On this day, the Court considered Defendant Harris County's Motion to Dismiss Plaintiff's Second Amended Complaint in the above entitled and numbered cause. After review of the file, including any response, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED that all of Plaintiffs' claims against Harris County are dismissed with prejudice.

Signed this _____, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE