United States District Court
Southern District of Texas
**ENTERED**
March 12, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** | § § § § § § § § | |
| *Plaintiffs,* | § | Case No. 4:23-cv-01115 |
| **v.** | § § | |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,** | § § § § | |
| *Defendants.* | | |

## ORDER

After considering Plaintiffs' Unopposed Motion for Extension of time to Respond to Defendants Southwestern Correctional, LLC d/b/a LaSalle Southwest Correctional Company's Motion to Dismiss Second Amended Complaint (ECF No. 117) and LaSalle Management Company LLC's Motion to Dismiss Second Amended Complaint (ECF No. 119), the Court is of the opinion the Motion should be GRANTED.

It is, therefore Ordered, that Plaintiffs' responses to the referenced motions to dismiss are now due on or before March 26, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 12th day of March, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE