Case 4:23-cv-01115   Document 132   Filed on 04/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning, et al. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LaSalle Corrections, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO PLAINTIFFS' RESPONSES TO MOTIONS TO DISMISS SECOND AMENDED COMPLAINT

After considering Southwestern Correctional, LLC and LaSalle Management Company, LLC's Motion for Extension of Time to File Replies to Plaintiffs' Responses to Defendants' Motions to Dismiss Second Amended Complaint, the Court

FINDS there is cause to enlarge the time for each Defendant to reply;

Therefore, the Court GRANTS the request to enlarge time to file replies to Plaintiffs' responses to Defendants' motions to dismiss the second amended complaint.

Southwestern Correctional, LLC and LaSalle Management Company, LLC shall file their replies to Plaintiffs' responses to Defendants' motions to dismiss second amended complaint on or before April 16, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE