IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LaSalle Corrections, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

After considering LaSalle Management Company, LLC's Second Motion for Extension of Time to File a Reply to Plaintiffs' Response to Defendant's Motion to Dismiss Second Amended Complaint, the Court finds there is cause to enlarge the time for Defendant LaSalle Management Company, LLC to reply.

Therefore, the Court GRANTS the request to enlarge the time for LaSalle Management Company, LLC's reply to Plaintiffs' response to Defendants' motion to dismiss the second amended complaint.

LaSalle Management Company, LLC shall file its reply to Plaintiffs' response to Defendant's motion to dismiss second amended complaint on or before April 23, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 16th day of April, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE