United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-01115 |
| | § | |
| LASALLE CORRECTIONS LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING DEFENDANT SOUTHWESTERN CORRECTIONAL, LLC's UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

After considering Defendant Southwestern Correctional, LLC's Unopposed Motion for Leave to Exceed the Page Limit in Local Rule 7.4(E), the Court

GRANTS the Motion and ORDERS that the Defendant's Reply may exceed the 10-page limit in Local Rule 7.4(E).

Accordingly, the Court ORDERS that Defendant Southwestern Correctional, LLC's Reply to Plaintiffs' Response to Motion to Dismiss Second Amended Complaint, exceeding the page limit in Local Rule 7.4(E), be FILED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of April, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE