United States District Court
Southern District of Texas

**ENTERED**

April 24, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LASALLE CORRECTIONS LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING LASALLE MANAGEMENT COMPANY, LLC's UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT

After considering Defendant LaSalle Management Company, LLC's Unopposed Motion for Leave to Exceed the Page Limit in Local Rule 7.4(E), the Court

GRANTS the Motion and ORDERS that the Defendant's Reply may exceed the 10-page limit in Local Rule 7.4(E).

Accordingly, the Court ORDERS that Defendant LaSalle Management Company, LLC's Reply to Plaintiffs' Response to Motion to Dismiss Second Amended Complaint, exceeding the page limit in Local Rule 7.4(E), be FILED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 24th day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE