

**Marvin C. Moos**
mmoos@hrmlawyers.com

Board Certified, Civil Appellate Law,
Texas Board of Legal Specialization

April 24, 2025

**Honorable Judge Keith P. Ellison**                              <u>*Via E-Filing*</u>
United States District Court - Southern District
515 Rusk Avenue, Chambers Room 3716
Houston, Texas 77002

      Re:    Case No. 4:23-cv-01115; ***Crystal Manning, et al. v. LaSalle Corrections LLC, et al.***; in the Southern District of Texas - Houston Division.

Dear Judge Ellison:

      In accordance with the Court's earlier order during the last telephonic hearing, the parties have agreed to re-file LaSalle Correctional Center, L.L.C.'s Motion to Dismiss the Second Amended Complaint by Friday, May 2, 2025.  The Plaintiffs will file a Response and LaSalle Correctional Center, L.L.C. will file a Reply in accordance with the Local Rules.

                                    Very truly yours,

                                      **Horne Rota Moos, LLP**

                                      */s/ Marvin C. Moos*

                                      Marvin C. Moos

MCM/cr/coro
77561



HOUSTON TEXAS / NEW ORLEANS LOUISIANA

2777 Allen Parkway Suite 1200 / Houston Texas 77019-2141
713 333 4500 / 800 233 2703 / F 713 333 4600 / HRMLAWYERS.COM

**Honorable Judge Keith P. Ellison**
April 24, 2025
Page 2



cc:    Jason C. Webster
Heidi O. Vicknair
Clayton S. Quinn
WEBSTER VICKNAIR MACLEOD
6200 Savoy Drive, Suite 150
Houston, Texas 77036
filing@thewebsterlawfirm.com
*Attorneys for Plaintiffs*

Jason M. Byrd
The Byrd Law Firm
448 Orleans Street
Beaumont, Texas 77701
jason@txbyrd.com
*Attorneys for Plaintiffs*

Steve Aldous
ALDOUS PC
500 Crescent Court, Suite 240
Dallas, Texas 75201
*Attorneys for Plaintiffs*

Gregory Burnett
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, Texas 77002
Gregory.Burnett@Harriscountytx.Gov
*Attorneys for Harris County*