**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Crystal Manning, et al.
   *Plaintiff(s),*

v.                                                          Case No. 4:23−cv−01115

LaSalle Corrections, LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Dismiss – #117
Motion to Dismiss – #119
Motion to Dismiss for Failure to State a Claim – #126

DATE:   **5/1/2025**

TIME:   **03:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**
**515 RUSK COURTROOM 3-A**
**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                              Date: April 30, 2025

By Deputy Clerk, Disa McKinnie−Richardson