

MARVIN C. MOOS  
mmoos@hrmlawyers.com

Board Certified, Civil Appellate Law,  
Texas Board of Legal Specialization

April 30, 2025

**Honorable Judge Keith P. Ellison**   <u>*Via E-Filing*</u>
United States District Court - Southern District
515 Rusk Avenue, Chambers Room 3716
Houston, Texas 77002

      Re:    Case No. 4:23-cv-01115; ***Crystal Manning, et al. v. LaSalle Corrections LLC, et al.***; in the Southern District of Texas - Houston Division.

Dear Judge Ellison:

    In accordance with the Court's earlier order during the last telephonic hearing, the parties have now agreed to re-file LaSalle Correctional Center, L.L.C.'s Motion to Dismiss the Second Amended Complaint by Wednesday, May 7, 2025. The Plaintiffs will file a Response and LaSalle Correctional Center, L.L.C. will file a Reply in accordance with the Local Rules.

    This short extension is to accommodate the time needed to prepare for the arguments on the motions to dismiss that were set for telephonic hearing on April 30, 2025 that were then rescheduled for May 1, 2025 at 3:30 pm.

                                      Very truly yours,

                                      **HORNE ROTA MOOS, LLP**

                                      */s/ Marvin C. Moos*

                                      Marvin C. Moos

MCM/cr/coro
77561



**Honorable Judge Keith P. Ellison**
April 30, 2025
Page 2



cc:  Jason C. Webster
Heidi O. Vicknair
Clayton S. Quinn
WEBSTER VICKNAIR MACLEOD
6200 Savoy Drive, Suite 150
Houston, Texas 77036
filing@thewebsterlawfirm.com
*Attorneys for Plaintiffs*

Jason M. Byrd
The Byrd Law Firm
448 Orleans Street
Beaumont, Texas 77701
jason@txbyrd.com
*Attorneys for Plaintiffs*

Steve Aldous
ALDOUS PC
500 Crescent Court, Suite 240
Dallas, Texas 75201
*Attorneys for Plaintiffs*

Gregory Burnett
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, Texas 77002
Gregory.Burnett@Harriscountytx.Gov
*Attorneys for Harris County*