United States District Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LASALLE CORRECTIONS LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING LASALLE CORRECTIONAL CENTER, L.L.C.'s UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR AMENDED MOTION TO DISMISS SECOND AMENDED COMPLAINT

After considering Defendant LaSalle Correctional Center, L.L.C.'s Unopposed Motion for Leave to Exceed the Page Limit in the Court's Local Rule 6(A) (ECF No. 148), the Court

GRANTS the Motion and ORDERS that the Defendant's Amended Motion to Dismiss Second Amended Complaint may exceed the 25-page limit in the Court's Local Rule 6(A).

Accordingly, the Court ORDERS that Defendant LaSalle Correctional Center, L.L.C.'s Amended Motion to Dismiss Second Amended Complaint, exceeding the page limit in Rule 6(A), be FILED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of May, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE