United States District Court
Southern District of Texas
**ENTERED**
May 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CRYSTAL MANNING as next friend of L.D., a minor, MARIAHLEE MANSAW as next friend of P.M., a minor, MELISSA HOLLINS as next friend of D.H., a minor, as wrongful death beneficiaries of BILLIE DAVIS, deceased, and RUBY LEE DAVIS, individually and as representative of the estate of BILLIE DAVIS, deceased,** | § § § § § § § § | |
| *Plaintiffs*, | § | Civil Case No. 4:23-cv-1115 |
| **v.** | § § | |
| **LASALLE CORRECTIONS LLC d/b/a LASALLE CORRECTIONAL CENTER, HARRIS COUNTY, and HARRIS COUNTY SHERIFFS OFFICE,** | § § § § | |
| *Defendants*. | | |

## ORDER

After considering Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant LaSalle Correctional Center's Amended Motion to Dismiss Second Amended Complaint (ECF Nos. 152, 153), the Court is of the opinion the Motion should be GRANTED.

It is ORDERED that Plaintiffs' response to to the referenced motion to dismiss (ECF No. 149) is now due on or before May 30, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of May, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE