United States District Court
Southern District of Texas

**ENTERED**

June 09, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LaSalle Corrections, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO LASALLE CORRECTIONAL CENTER, L.L.C.'S AMENDED MOTION TO DISMISS SECOND AMENDED COMPLAINT**

After considering LaSalle Correctional Center, L.L.C.'s Unopposed Motion for Extension of Time to File a Reply to Plaintiffs' Response to the Amended Motion to Dismiss Second Amended Complaint (ECF No. 157), the Court

FINDS there is cause to enlarge the time for LaSalle Correctional Center, L.L.C. to reply;

Therefore, the Court GRANTS the request to enlarge the time for LaSalle Correctional Center, L.L.C.'s reply to Plaintiffs' response to the amended motion to dismiss the second amended complaint.

LaSalle Correctional Center, L.L.C. shall file its reply to Plaintiffs' response to Defendant's amended motion to dismiss second amended complaint on or before June 9, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT  JUDGE