United States District Court
Southern District of Texas
**ENTERED**
June 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL MANNING, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Case No. 4:23-cv-1115 |
| | § | |
| LASALLE CORRECTIONS, LLC, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING LASALLE CORRECTIONAL CENTER, L.L.C.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR REPLY TO PLAINTIFFS' RESPONSE TO AMENDED MOTION TO DISMISS SECOND AMENDED COMPLAINT**

After considering Defendant LaSalle Correctional Center, L.L.C.'s Unopposed Motion for Leave to Exceed the Page Limit in the Court's Local Rule 7(B), the Court

GRANTS the Motion and ORDERS that the Defendant's Reply to Plaintiffs' Response to Amended Motion to Dismiss the Second Amended Complaint may exceed the 10-page limit in the Court's Local Rule 7(B).

Accordingly, the Court ORDERS that Defendant LaSalle Correctional Center, L.L.C.'s Reply to Plaintiffs' Response to Amended Motion to Dismiss the Second Amended Complaint, exceeding the page limit in Rule 7(B), be FILED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE