Case 4:23-cv-01115   Document 163   Filed on 06/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Crystal Manning, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | Case No. 4:23-cv-1115 |
| § | |
| LaSalle Corrections, LLC, et al., § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE IN PART AND TRANSFERRING CASE IN PART

After considering Defendant, LaSalle Correctional Center, L.L.C.'s, Amended Motion to Dismiss and Brief in Support and supporting Appendix, (ECF Nos. 149, 150), the Plaintiffs' Response, (ECF No. 154), and LaSalle Correctional Center, L.L.C.'s Reply, (ECF No. 160), and hearing arguments of counsel on June 10, 2025, the Court

GRANTS the Amended Motion to Dismiss, (ECF No.149), limited to the ground that venue is improper in the Southern District of Texas. FED. R. CIV. P. 12(b)(3); 28 U.S.C. § 1406(a). The Court expresses no opinion and issues no ruling on any other dismissal grounds in LaSalle Correctional Center, L.L.C.'s Amended Motion to Dismiss, (ECF No.149), including any and all grounds asserted under FED. R. CIV. P. 12(b)(2) and (b)(6).

The record shows that LaSalle Correctional Center, L.L.C.'s principal place of business is in Ruston, Lincoln Parish, Louisiana. (ECF No. 150, p. 2, ¶ 5). Lincoln Parish is in the Western District of Louisiana, Monroe Division. 28 U.S.C. § 98(c).

Accordingly, in the interest of justice, Plaintiffs' claims against LaSalle Correctional Center, L.L.C. are **TRANSFERRED** to the Western District of Louisiana, Monroe Division pursuant to 28 U.S.C. § 1406(a).

On May 1, 2025, after hearing arguments of counsel, and reviewing all motions, responses, replies, and appendices, the Court GRANTED Southwestern Correctional, LLC's Motion to Dismiss, (ECF No. 117); LaSalle Management Company, LLC's Motion to Dismiss, (ECF No. 119); and Harris County's Motion to Dismiss, (ECF No. 126), without prejudice.

The Court hereby DISMISSES all claims against Southwestern Correctional, LLC; LaSalle Management Company, LLC; and Harris County WITHOUT PREJUDICE.

On March 3, 2025, the Plaintiffs voluntarily agreed to dismiss all claims against LaSalle Corrections, LLC and this was noted in the docket.

The Court hereby DISMISSES all claims against LaSalle Corrections, LLC WITHOUT PREJUDICE.

This Order disposes of all claims and parties in this action in the Southern District of Texas.

The Clerk is directed to CLOSE this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE